IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ANTHONY STRONG**           **PLAINTIFF**

v.           **No. 1:17CV62-SA-JMV**

**UNITED STATES, ET AL.**           **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the instant case is **DISMISSED** for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 26th day of February, 2018.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**